JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant –BAUTISTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-CR-186-JCM-VCF |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO BAUTISTA, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant SERGIO BAUTISTA and STEPHANIE IHLER, Assistant United States Attorney, that sentencing currently scheduled for March 2, 2021 at 11:00 a.m., be vacated and reset to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense is set to start an invoked jury trial on March 1, 2021 in *State v Rivera* C-18-333891-1.  Given the pandemic, courtroom trial space in State court is at a premium and Mr. Rivera's case must go forward as he has remained in custody for the entirety of his case.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Revocation Hearing for approximately thirty (30) days.

This is the first request for continuance filed herein.

DATED: February 25, 2021

_____/S/_____
JESS R MARCHESE, ESQ.
601 S. Las Vegas Blvd.
Las Vegas, Nevada 89101
Attorney for Defendant

_____/S/_____
STEPHANIE IHLER, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd South #5000
Las Vegas, Nevada 89101

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant-BAUTISTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-cr-186-JCM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO BAUTISTA , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsels for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and she has no objection to the continuance.

3. Counsel for the defense is set to start an invoked jury trial on March 1, 2021 in State v Rivera C-18-333891-1.  Given the pandemic, courtroom trial space in State court

-3-

is at a premium and Mr. Rivera's case must go forward as he has remained in custody for the entirety of his case.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Revocation Hearing for approximately thirty (30) days.

This is the first request for continuance filed herein.

## ORDER

IT IS HEREBY ORDERED that the Hearing currently scheduled for March 2, 2021, at 11:00 a.m., be continued to April 5, 2021, at 11:00 a.m., Courtroom 3A, via video conferencing and the parties will receive an invitation to appear.

DATED this 1st day of March, 2021.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge

-4-