| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:20CR00186 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:26-cr-00201-MWC |

**FILED**
CLERK, U.S. DISTRICT COURT

**4/2/26**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sergio Bautista | Nevada | U.S. Probation Office |

_____ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 10 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Andrew P. Gordon |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/8/2024 | 11/7/2027 |

| OFFENSE |
|---|
| Theft of Explosives Materials Moved in Interstate Commerce 18 U.S.C. § 844(k) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 30, 2026
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Central District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 2, 2026
*Effective Date*

_____
*United States District Judge*



**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

April 07, 2026

Clerk, United States District Court

_____ District of _____ Nevada _____

Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

Re:     Transfer of Jurisdiction of Probation

Your Case No. _____ 2:20CR00186 _____

Assigned Our Case No. _____ 2:26CR00207-MWC _____

Case Title: _____ United States vs. Sergio BAUTISTA _____

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Dolly M. Gee, Chiel_____ .

Please forward to this district copies of the following documents:
1)    Indictment, Information, or Complaint
2)    Judgment and Probationary Order
3)    If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By  E. Synagogue _____
Deputy Clerk  Evelyn_Synagogue@cacd.uscourts.gov

cc:     Probation Office, Central District of California
        Probation Office, District of Origin

CR-25 (06/24)                    TRANSMITTAL LETTER - PROBATION TRANSFER IN

District of Nevada
Lloyd D. George , U. S. Courthouse
333 Las Vegas Boulevard South, 1st Fl
Las Vegas, NV 89101-7065